In the Matter of the Claim of LEWIS R. MEARIAN, Respondent, against LEONARD MISCALL, Respondent, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted April 15, 1935; decided April 23, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 625.)